Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 17 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR MIGUEL RIVERA-GARCIA (a/k/a "Omen"),<br>HUGO ALBERT TERRAZAS, JR. (a/k/a "2/11"), and<br>LILIA YANET HUERTA-RAMOS,<br><br>Defendants. | 1:24-CR-2026-SAB<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 846,<br>Conspiracy to Distribute 400 Grams or More of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(vi),<br>Distribution of 40 Grams or More of Fentanyl<br>(Counts 2-5)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about July 2022 and continuing to on or about February 16, 2023, in the Eastern District of Washington and elsewhere, the Defendants, OMAR MIGUEL RIVERA-GARCIA (a/k/a "Omen"), HUGO ALBERT TERRAZAS, JR.

INDICTMENT - 1

(a/k/a "2/11"), and LILIA YANET HUERTA-RAMOS, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about September 22, 2022, in the Eastern District of Washington, the Defendant, OMAR MIGUEL RIVERA-GARCIA (a/k/a "Omen"), knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 3

On or about October 31, 2022, in the Eastern District of Washington, the Defendants, OMAR MIGUEL RIVERA-GARCIA (a/k/a "Omen") and LILIA YANET HUERTA-RAMOS, knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

INDICTMENT - 2

## COUNT 4

On or about December 13, 2022, in the Eastern District of Washington, the Defendants, OMAR MIGUEL RIVERA-GARCIA (a/k/a "Omen") and LILIA YANET HUERTA-RAMOS, knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 5

On or about January 19, 2023, in the Eastern District of Washington, the Defendants, OMAR MIGUEL RIVERA-GARCIA(a/k/a "Omen") and LILIA YANET HUERTA-RAMOS, knowingly distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846, as set forth in this Indictment, Defendants, OMAR MIGUEL RIVERA-GARCIA (a/k/a "Omen"), HUGO ALBERT TERRAZAS, JR. (aka

INDICTMENT - 3

"2/11"), and LILIA YANET HUERTA-RAMOS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this |7 day of April 2024.

A TRUE BILL

Vanessa Waldref

Vanessa R. Waldref
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4